UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIJAT BURJIYEV,<br><br>          Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>          Defendants. | Case No. 25-cv-07824-TSH<br><br>**ORDER GRANTING MOTION TO EXTEND SERVICE DEADLINE** |

Plaintiff Nijat Burjiyev seeks leave to extend the service deadline in this case, stating "[t]he failure to complete service within the time contemplated by Rule 4(m) resulted from an internal administrative oversight and was promptly addressed upon discovery." ECF No. 11.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Here, the deadline for service was December 15, 2025, but Plaintiff has shown good cause to extend the deadline. Accordingly, the Court **GRANTS** Plaintiff's motion and **EXTENDS** the deadline to complete service. Plaintiff shall serve Defendants by February 5, 2026.

**IT IS SO ORDERED.**

Dated: January 6, 2026

THOMAS S. HIXSON
United States Magistrate Judge