CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIJAT BURJIYEV, | Case No. 3:25-cv-07824-TSH |
| Plaintiff, | |
| v. | **STIPULATION TO STAY PROCEEDINGS; ORDER** |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 29, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled Plaintiff an interview for March 17, 2026. USCIS is working to reschedule Plaintiff's interview due to a cancelled circuit ride. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold

on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 26, 2026). The Policy Memorandum states that within 90 days of issuance of the memorandum, USCIS will issue operational guidance. *Id.* at 3. As of the date of this filing, the hold has not been lifted, and final guidance has not yet been issued.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 29, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 31, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: March 31, 2026

*/s/ Dorukhan K. Oguz*
DORUKHAN K. OGUZ
Oguz Law
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 29, 2026.

Date: March 31, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

Stipulation to Stay
Case No. 3:25-cv-07824-TSH                    3