CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIJAT BURJIYEV,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, *et al*.,<br><br>                    Defendants. | Case No. 3:25-cv-07824-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal.  On March 31, 2026, the Court granted the parties' request to stay proceedings until June 29, 2026, to allow time for the agency to reschedule Plaintiff's interview. *See* Dkt. No. 19.  United States Citizenship and Immigration Services (USCIS) interviewed Plaintiff on June 12, 2026.  Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i).  Once the security checks are completed, USCIS will take further adjudicative action on the application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 29, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Joint Status Report & Stipulation
Case No. 3:25-cv-07824-TSH                    1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 26, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorneys
Attorneys for Defendants

Dated: June 26, 2026

*/s/ Dorukhan K. Oguz*
DORUKHAN K. OGUZ
Oguz Law
Attorney for Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report & Stipulation
Case No. 3:25-cv-07824-TSH                         2